IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALEC DEVON KREIDER,

    Plaintiff,

    v.

COMMONWEALTH OF PENNSYLVANIA, et al.,

    Defendants.

CIVIL ACTION NO. 3:CV-15-1112

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 15th day of July, 2015, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 9) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 9) is **ADOPTED**.

(2) Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

(3) Plaintiff's claims in the Complaint (Doc. 1) are **DISMISSED** with respect to the Commonwealth of Pennsylvania, the Pennsylvania Department of Corrections and the State Correctional Institution - Coal Township.

(4) This case is **RECOMMITTED** to the Magistrate Judge for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge