IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALEC DEVON KREIDER,

    Plaintiff,

v.

JOHN WETZEL, et al.,

    Defendant.

NO. 3:15-CV-01112

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 8th day of July, 2016, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 33) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 33) is **ADOPTED in its entirety**.

(2) Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 27) is **GRANTED in part and DENIED in part** as follows:

    (A) Defendants' Motion to Dismiss with respect to all claims against Secretary Wetzel is **GRANTED**.

    (B) Defendants' Motion to Dismiss with respect to all claims for damages brought against the defendants in their official capacities is **GRANTED**.

    (C) Defendants' Motion to Dismiss with respect to Plaintiff's due process and Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. §§ 2000cc *et seq.* claims is **GRANTED**.

    (D) Defendants' Motion to Dismiss with respect to Plaintiff's First Amendment and equal protection claims against Defendants Jellen,

Mooney, and Woodside is **DENIED**.

(3)  The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

*A. Richard Caputo*
A. Richard Caputo
United States District Judge