# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEC DEVON KREIDER, | |
| Plaintiff, | NO. 3:15-CV-1112 |
| v. | (JUDGE CAPUTO) |
| JOHN WETZEL et al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 31st day of January, 2017, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 42) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 42) is **ADOPTED**.

(2) The case is **DISMISSED with prejudice** for failure to prosecute.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

_____
A. Richard Caputo
United States District Judge